1030

RICHARD LeCAIRE, ET AL, *Respondents*, v. ENERGY
ALTERNATIVES, INC., *Appellant*.

Appeal from a judgment of the Superior Court for
Stevens County, No. 23081, Larry M. Kristianson, J.,
entered February 24, 1984. *Affirmed* by unpublished
opinion per Green, C.J., concurred in by Munson and
McInturff, JJ.

*In the Matter of the Estates of*
NANCY J. YOUNT, ET AL.

MARION RASMUSSEN, ET AL, *Appellants*, v. ELMER
C. RASMUSSEN, as *Personal Representative
and Trustee, Respondent*.

Appeal from judgments of the Superior Court for
Franklin County, Nos. 4557, 2822, Robert S. Day, J.,
entered August 1, 1983. *Affirmed* by unpublished opinion
per Thompson, J., concurred in by Green, C.J., and
Munson, J.

THE STATE OF WASHINGTON, *Respondent*, v. GREGORY
TYREE BROWN, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 82-1-03429-7, H. Joseph Coleman, J., entered
April 14, 1983. *Affirmed* by unpublished opinion per
Webster, J., concurred in by Williams and Grosse, JJ.